**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6434**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TIMOTHY MICHAEL BAKER,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-96-820, CR-97-1024, CA-99-4093-6-13AK)

───────────────

Submitted:  June 13, 2002          Decided:  June 19, 2002

───────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Timothy Michael Baker, Appellant Pro Se.  Elizabeth Jean Howard,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy Michael Baker seeks to appeal the district court's order denying his motion for reconsideration of the order denying his 28 U.S.C.A. § 2255 (West Supp. 2001) motion and for a certificate of appealability.* We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Baker, Nos. CR-96-820; CA-99-4093-6-13AK (D.S.C. filed Jan. 9, 2002; entered Jan. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Baker's appeal is limited to the January 10, 2002, order denying his motion for reconsideration and for a certificate of appealability. Baker's motion for reconsideration was not the functional equivalent of a notice of appeal from the July 30, 2001, order and judgment denying his § 2255 motion.

2